# Allen Matkins

**Allen Matkins Leck Gamble Mallory & Natsis LLP**
Attorneys at Law
865 South Figueroa Street, Suite 2800 | Los Angeles, CA 90017-2543
Telephone: 213.622.5555 | Facsimile: 213.620.8816
www.allenmatkins.com

**Norman M. Aspis**
E-mail: naspis@allenmatkins.com
Direct Dial: 213.955.5621   File Number: 378224-00002/LA1148493.01

**Via FedEx**

January 8, 2019

Clerk of the Court
United States District Court
Western District of Michigan
110 Michigan St. NW
Grand Rapids, MI 49503

Re:   **Securities and Exchange Commission v. Ralph T. Iannelli and Essex Capital Corporation**, United States District Court, Central District of California, Case No. 2:18-cv-05008-FMO-AFM

Dear Clerk:

Enclosed please find true and correct copies of the (A) Complaint filed on June 5, 2018 by the Securities and Exchange Commission, and the (B) Order Regarding Preliminary Injunction and Appointment of a Permanent Receiver, ordered in the above-referenced court on December 21, 2018.

Pursuant to 28 U.S.C. § 754, on behalf of permanent receiver Geoff Winkler, copies of the complaint and order of appointment are being submitted for filing in the Western District of Michigan. Also enclosed is a check for $47.00 for payment of the miscellaneous filing fee. Please file the documents and return a conformed copy in the self-addressed, stamped envelope provided.

Thank you for your attention to this matter. Please call me if you have any questions.

Very truly yours,

Norman M. Aspis

NMA
Enclosures